IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JEFFREY S. MINER,<br><br>        Plaintiff,<br><br>vs.<br><br>C.R. BARD, INC., A Foreign Corporation;<br><br>        Defendant. | **4:16CV3059**<br><br>**ORDER** |

Aaron A. Clark and Ruth A. Horvatich, of McGrath North Mullin & Kratz, PC, LLO, previously appeared on Defendant's behalf. Thomas Dutton of Greenberg Traurig, LLP has entered his appearance to represent Defendant. (Filing No. 16).

IT IS ORDERED that the motion to withdraw filed by Aaron A. Clark and Ruth A. Horvatich, of McGrath North Mullin & Kratz, PC, LLO, as counsel of record for Defendant, (Filing No. 17), is granted. Aaron A. Clark and Ruth A. Horvatich shall no longer receive electronic notice in this case.

Dated this 24th day of September, 2019.

                                                BY THE COURT:

                                                *s/ Cheryl R. Zwart*
                                                United States Magistrate Judge