IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| JEFFREY S. MINER, | |
|---|---|
| Plaintiff, | 4:16CV3059 |
| vs. | |
| C.R. BARD, INC., A Foreign Corporation; | ORDER |
| Defendant. | |

IT IS ORDERED that the motion to withdraw filed by William M. Berlowitz, as counsel of record for Plaintiff, (Filing No. 27), is granted. Mr. Berlowitz shall no longer receive electronic notice in this case.

Dated this 12th day of December, 2019.

BY THE COURT:

*s/ Cheryl R. Zwart*

United States Magistrate Judge