IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JEFFREY S. MINER,<br><br>         Plaintiff,<br><br>vs.<br><br>C.R. BARD, INC., A Foreign Corporation,<br><br>         Defendant. | 4:16-CV-3059<br><br>JUDGMENT |

On the parties' Joint Stipulation of Dismissal with Prejudice (filing 35), this case is dismissed with prejudice, with each party to bear its own costs.

Dated this 10th day of July, 2020.

BY THE COURT:

_John M. Gerrard_ (signature)
John M. Gerrard
Chief United States District Judge